## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG<br><br>　　　Plaintiff,<br><br>v.<br><br>MOUNTINEER MARKETING LLC d/b/a<br>VINTAGE SUBSCRIPTION<br><br>　　　Defendant. | Civil File No. 2:22-cv-01084-JDW |

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: May 24, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　[o] (617) 485-0018
　　　　　　　　　　　　　　　　　anthony@paronichlaw.com